**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Juan Castro PADILLA–RUIZ, Defendant—Appellant.**

No. 08–30023.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009 *.

Filed Feb. 26, 2009.

Byron Chatfield, Assistant U.S., USME–Office of the U.S. Attorney, Medford, OR,

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Amy Potter, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Marc P. Friedman, Eugene, OR, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Juan Castro Padilla–Ruiz appeals from the 87–month sentence imposed following his jury-trial conviction for illegal reentry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Padilla–Ruiz contends that the district court abused its discretion by denying a four-level downward departure in light of his medical condition. We review for reasonableness. *See United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008). We conclude that the district court did not commit procedural error, and that the sentence is substantively reasonable. *See United States v. Stoterau,* 524 F.3d 988, 999–1002 (9th Cir.2008).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The Honorable Bruce S. Jenkins, Senior United States District Judge for the District of Utah, sitting by designation.